UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 17-5672-DMG** | Date | December 15, 2017 |
| | **2:16-bk-19016-WB** | | |

| Title | *In re Francisco Alvarez* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS APPEAL SHOULD NOT BE DISMISSED**

On November 7, 2017, the Clerk of the Court issued a "Notice Re: Bankruptcy Record Complete[,]" which notified *pro se* Appellant Francisco Alvarez that the date of the issuance of that notice "constitute[d] the starting date for the calculation of all deadlines pursuant to Federal Rule of Bankruptcy Procedure 8018[.]" [Doc. # 21.] Thus, pursuant to that Rule, Appellant was required to file his opening brief no later than December 7, 2017. To date, Appellant has failed to do so.

Therefore, Appellant is **ORDERED TO SHOW CAUSE** why this appeal should not be dismissed for failure to timely file an opening brief. Appellant shall file his response to this Order **no later than December 29, 2017**. **If Appellant does not timely respond to this Order, this appeal will be dismissed without prejudice for failure to prosecute.**

**IT IS SO ORDERED.**